UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In re:  
**BRANSFORD, KENNETH B.,**  
**BRANSFORD, JACQUELINE D.,**

Case No. 14-30468  
Chapter 7

Hon. Daniel S. Opperman

**Debtors.**
_____/

**ORDER BASED ON THE COURT'S OPINION GRANTING DEBTORS' OBJECTION TO TRUSTEE'S FINAL REPORT**

This matter having come before the Court on the Debtors' Objection to the Trustee's Final Report, and after notice and hearing, and the Court having issued an opinion on November 1, 2016;

IT IS HEREBY ORDERED that the Debtors' Objection to the Final Report of Trustee Collene K. Corcoran is sustained pursuant to 11 U.S.C. §302, and for the reasons stated in the opinion.

IT IS FURTHER ORDERED that the Chapter 7 Trustee shall pay all allowed claims for which Debtor Kenneth B. Bransford is liable, either individually or jointly;

IT IS FURTHER ORDERED that the Trustee shall not pay any secured or unsecured claims for which Debtor, Jacqueline D. Bransford, is solely liable;

IT IS FURTHER ORDERED that any surplus from the proceeds after payment of all allowed claims pursuant to 11 U.S.C. §726, for which Debtor Kenneth B. Bransford is liable, either individually or jointly, shall be distributed to Debtor Kenneth B. Bransford.

.

Signed on November 15, 2016

                                                    /s/ Daniel S. Opperman  
                                                    Daniel S. Opperman  
                                                    United States Bankruptcy Judge